UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HAROLD VANDIVIER and LINDA VANDIVIER, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:04-cv-1577-RLY-WTL |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT, and PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES AND LIMIT ISSUES**

Plaintiffs, Harold Vandivier and Linda Vandivier, request the court to enter default judgment pursuant to Federal Rule of Civil Procedure 55 against Defendant, American Family Mutual Insurance Company, on the issue of liability, for the reason that Defendant failed to file an Answer. The court notes that three days after Plaintiffs' motion was filed, Defendant did indeed file an Answer. In addition, in Plaintiffs' Reply, Plaintiffs state that they have no objection to Defendant filing an Answer; however, as a sanction for failing to timely file the Answer, Plaintiffs' move to strike Defendant's affirmative defenses in an effort to limit the issues for trial.

The court, having read and reviewed the parties' papers and the applicable law, now **DENIES** Plaintiffs' Application for Default Judgment (Docket #62). The court further **DENIES** Plaintiffs' Motion to Strike Affirmative Defenses and Limit Issues

1

(Docket #71).  Such sanctions are not warranted at this juncture.


**SO ORDERED** this  22nd  day of February 2006.

                                                                       _____
                                                                       RICHARD L. YOUNG, JUDGE
                                                                       United States District Court
                                                                       Southern District of Indiana


Electronic Copies to:

James R. Fisher
ICE MILLER LLP
james.fisher@icemiller.com

Curtis W. McCauley
ICE MILLER LLP
mccauley@icemiller.com

Michael T. McNally
ICE MILLER LLP
mcnally@icemiller.com

Robert Scott O'Dell
OSBORN HINER & LISHER
rodell@ohllaw.com